UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Yash Havalimane,<br><br>*Plaintiff*,<br><br>v.<br><br>Up-business.top, Radhika Gupta, and John Does 1 – 20,<br><br>*Defendants*. | Case No. 1:25-cv-00236<br><br>**Declaration of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

1. My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Yash Havalimane.

2. I personally reviewed Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

//

- 2 -

## SIGNATURE PAGE

_____
Marshal Hoda


May 21, 2025