UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Yash Havalimane, | |
| *Plaintiff,* | Case No. 1:25-cv-00236 |
| v. | |
| Up-Business.top, *et al.*, | **Notice of Appearance of Counsel** |
| *Defendants.* | |

To the Clerk of Court and all parties of record:

Please take notice that Alexander Crous, of The Hoda Law Firm, PLLC, hereby enters an appearance as counsel of record for Plaintiff Yash Havalimane in the above-captioned matter.

- 2 -

Dated: May 21, 2025                               Respectfully submitted,

                                                  THE HODA LAW FIRM, PLLC

                                                  /s/ M. Hoda
                                                  _____
                                                  Marshal J. Hoda, Esq.
                                                  Tx. Bar No. 24110009
                                                  Alexander Crous, Esq.
                                                  Tx. Bar No. 24136488
                                                  3120 Southwest Fwy
                                                  Ste 101 PMB 51811
                                                  Houston TX 77098

                                                  o. (832) 848-0036
                                                  marshal@thehodalawfirm.com
                                                  alex@thehodalawfirm.com

                                                  *Attorneys for Plaintiff*