UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Yash Havalimane,<br><br>*Plaintiff,*<br><br>v.<br><br>Up-Business.top, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00236<br><br>**Notice of Appearance of Counsel** |

To the Clerk of Court and all parties of record:

Please take notice that Alexander Crous, of The Hoda Law Firm, PLLC, hereby enters an appearance as counsel of record for Plaintiff Yash Havalimane in the above-captioned matter.

Dated:  May 22, 2025            Respectfully submitted,

THE HODA LAW FIRM, PLLC

*Alexander Crous*

Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101 PMB 51811
Houston TX 77098

o. (832) 848-0036
alex@thehodalawfirm.com

*Attorney for Plaintiff*