| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

YASH HAVALIMANE, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:25-CV-236
§
UP-BUSINESS.TOP, RADHIKA GUPTA, §
and JOHN DOES 1-20, §
§
      Defendant. §

## ORDER TRANSFERRING CASE

The above-styled action is transferred from the Eastern District of Texas, Beaumont Division, to the Southern District of Texas, Houston Division.

SIGNED at Beaumont, Texas, this 28th day of May, 2025.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE